Submitted on briefs September 6, reversed September 26, 1974

## TALLMAN ET UX, *Appellants, v.* DEPARTMENT OF REVENUE, *Respondent.*

526 P2d 556

Ralph R. Bailey, Leonard H. Beasley, Walter H. Grebe of Morrison, Bailey, Dunn, Cohen & Miller, Portland, for appellants.

Lee Johnson, Attorney General, Walter J. Apley, Assistant Attorney General, and Theodore W. deLooze, Chief Tax Counsel, Salem, for respondent.

Before O'CONNELL, Chief Justice, McALLISTER, HOLMAN, TONGUE, HOWELL, BRYSON* and SLOPER, Justices.

HOWELL, J.

This is a tax case in which the plaintiffs seek to carry back a net operating loss suffered in 1970 as a deduction to their 1967 and 1968 income taxes, or to carry the loss forward as a deduction to their 1971 taxes. The Department of Revenue allowed a deduction in 1969 in an amount identical with the deduction allowed on plaintiff's federal tax return. All other

---

* Bryson, J., did not participate in the decision of this case.

deductions were denied. The Oregon Tax Court affirmed. 5 OTR 375 (1974).

This case is controlled by our decision in *Christian v. Department of Revenue,* 269 Or 469, 526 P2d 538 (1974).

Reversed.